UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE AUGUST-BJURBERG,

    Plaintiff,

    v.

MARK HANLON, Facility Commander,

    Defendant.

Case No. 14-cv-2286 VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On May 16, 2014, George August-Bjurberg, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On that same date the Clerk of the Court sent a notice to August-Bjurberg, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis ("IFP") application. The Clerk sent August-Bjurberg a blank IFP application form and told him that he must pay the filing fee or return the completed IFP application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and August-Bjurberg has not paid the filing fee, returned the IFP application or otherwise communicated with the Court.

Therefore, it is hereby ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file. If August-Bjurberg files another complaint, he shall include with it a completed IFP application or the filing fee.

**IT IS SO ORDERED.**

Dated: July 14, 2014

_____
VINCE CHHABRIA
United States District Judge